# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CYRUS R. SANDERS,

    Plaintiff,

v.

STEPHEN DOWNS, et al.,

    Defendants.

No. 3:08-CV-1560

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW** this _24_th day of January, 2013, upon review of the Report and Recommendation of Magistrate Judge Malachy E. Mannion[1] (Doc. 123) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 123) is **ADOPTED**.

(2) Defendant Stephen Downs' Motion for Summary Judgment (Doc. 110) is **GRANTED**.

(3) Defendant John Kern, Jr.'s Motion for Summary Judgment (Doc. 115) is **GRANTED**.

(4) Judgment is entered, *sua sponte*, in favor of Defendant Cynthia Dunlap and against Plaintiff Cyrus Sanders on Count IV of Plaintiff's Amended Complaint (Doc. 21).

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                        A. Richard Caputo
                                                        United States District Judge

---

[1] The caption reflects Judge Mannion's office as a Magistrate Judge when he issued the Report and Recommendation here under review. He has since become a United States District Judge.